Shellie Lott, SBN:    246202

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARDO VALENZUELA, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>    Defendant. | No.  2:14-cv-01446-KJN<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of November 7, 2014, by forty-five days, to the new response date of  December 22, 2014, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

///

1

| | |
|---|---|
| DATED: November 4, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX |
| */s/ Shellie Lott*<br>SHELLIE LOTT,<br>Attorney for Plaintiff | */s/ Lynn M. Harada*<br> LYNN M. HARADA,<br>(As authorized via E-mail on 11/03/14)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

Shellie Lott, SBN: 246202

CERNEY KREUZE & LOTT, LLP

42 North Sutter Street, Suite 400

Stockton, California 95202

Telephone: (209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VALENZUELA, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security <br><br> Defendant. | No. 2:14-cv-01446-KJN <br><br> **ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Motion For Summary Judgment on or before December 22, 2014.

SO ORDERED.

Dated: November 5, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3