```
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
       160 Spear Street, Suite 800
       San Francisco, California 94105
       Telephone: (415) 977-8977
       Facsimile: (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VALENZUELA, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-01446-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended for 30 days until February 20, 2015.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to pre-approved leave in December and January and a heavy workload, despite due diligence.

1  The parties further stipulate that the remaining dates in the Court's Scheduling Order
2  shall be modified accordingly.
3  Defense counsel apologizes to the Court for any inconvenience caused by this delay.

                                             Respectfully submitted,

Dated: January 20, 2015        */s/ Lynn M. Harada for Linda S. Ziskin*_____
                                            (*as authorized via email on 1/20/15)
                                            LINDA S. ZISKIN
                                            Attorney for Plaintiff


Dated: January 20, 2015        BENJAMIN B. WAGNER
                                            United States Attorney
                                            DONNA L. CALVERT
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                By:    */s/ Lynn M. Harada*_____
                                            LYNN M. HARADA
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant


                                           ORDER:

APPROVED AND SO ORDERED:

Dated: January 22, 2015

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE